UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL ANGEL RODRIGUEZ, ANDREUDIZ PEREZ, RONALD DOMINGUEZ, DEIVIS AGUSTIN DEOLEO, XAVIER MARTINEZ, and DANNY TEJADA, *individually and on behalf of others similarly situated*<br><br>Plaintiffs,<br><br>- against –<br><br>MECCA HALAL MEAT INC. (DBA AMERICAN HALAL MEATS INC.) AND OMAR MADY<br>Defendants,<br><br>Defendants. | CIVIL ACTION<br><br>ECF Case 2:23-cv-01839-JXN-JRA |

### STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs MIGUEL ANGEL RODRIGUEZ, DEIVIS AGUSTIN DEOLEO, XAVIER MARTINEZ, and DANNY TEJADA (collectively "Plaintiffs") and Defendants MECCA HALAL MEAT INC. (DBA AMERICAN HALAL MEATS INC.) AND OMAR MADY(collectively "Defendants") hereby stipulate, by and through their counsel, that the claims asserted by the Plaintiffs in the Complaint against Defendants shall be unconditionally dismissed without prejudice, and without costs or attorneys' fees to any party.

STILLMAN LEGALPC

Lina F. Stilllman, Esq.
42 Broadway, 12th Floor
New York, NY 10004
(212) 317-1200
*Attorneys for Plaintiff*

/s/ Ayesha Hamilton

*Attorneys for Defendants*
Ayesha Krishnan Hamilton,
HAMILTON LAW FIRM PC
13 Roszel Road, Suite C 200
Princeton, New Jersey 08540
Tel. (609) 945-7310
Cel. (215) 738-0222
ahamilton@ahlawpc.com

So Ordered on 11/17/2023:

HONORABLE JULIEN XAVIER NEALS
United States District Judge